**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 15-8011**

───────────────

JAMES C. AUSTIN,

                    Plaintiff - Appellant,

        v.

FREDERICK SCHILLING, Director for Health Virginia Dept. of
Corrections; DR. HAPPY SMITH; DR. BENNY MULLENS; ELLEN
DAVIS, Registered Nurse, Marion Treatment Facility; VICKKI
PARSONS PHIPPS, Registered (Head) Nurse, Red Onion State
Prison,

                    Defendants - Appellees.

───────────────

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Michael F. Urbanski, District
Judge.  (7:15-cv-00503-MFU-RSB)

───────────────

Submitted:  March 29, 2016          Decided:  April 1, 2016

───────────────

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

James C. Austin, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James C. Austin appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint.[*] On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Austin's informal brief does not challenge the basis for the district court's disposition, Austin has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] We conclude that the district court's order is final and appealable. <u>See</u> <u>Goode v. Cent. Va. Legal Aid Soc'y, Inc.</u>, 807 F.3d 619, 623-24, 629-30 (4th Cir. 2015).